# Court of Appeals
# of the State of Georgia

ATLANTA, March 14, 2013

*The Court of Appeals hereby passes the following order:*

**A13A1372.  ISAIAH JORDAN et al. v. TOMMY MOSLEY et al.**

On July 9, 2012, the trial court granted summary judgment to the defendants in this tort action.  Plaintiffs Isaiah and Dorothy Jordan filed a motion for reconsideration, which the trial court denied.  On October 31, 2012, the Jordans filed a notice of appeal to this Court.  We, however, lack jurisdiction.

A notice of appeal must be filed within 30 days of the entry of the order sought to be appealed.  OCGA § 5-6-38 (a).  Although the Jordans had a right to appeal the order granting summary judgment to the defendants, they do not have the right to appeal the denial of their motion for reconsideration. The denial of a motion for reconsideration is not directly appealable, and the filing of such a motion does not extend the time for filing an appeal.  See *Bell v. Cohran*, 244 Ga. App. 510, 511 (536 SE2d 187) (2000); *Savage v. Newsome*, 173 Ga. App. 271 (326 SE2d 5) (1985).  The Jordans' notice of appeal is invalid as to the order denying their motion for reconsideration and untimely as to the summary judgment order.  Accordingly, this appeal is hereby DISMISSED for lack of jurisdiction.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 03/14/2013
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

, Clerk.